■ JOSEPH L. NEWMAN, as Chapter 7 Trustee for the Estate of VICTORIA LAZORIK, Debtor, Appellant, v THE OLD GLORY REAL ESTATE CORPORATION, Respondent, et al., Defendant. [932 NYS2d 904]—

Defendant established that "[it] did not receive personal notice of the summons in time to defend and has a meritorious defense" (CPLR 317; *see Eugene Di Lorenzo, Inc. v A.C. Dutton Lbr. Co.*, 67 NY2d 138, 141-142 [1986]). The record shows that process was served on the Secretary of State and sent to the wrong address. However, there is no evidence that defendant engaged in a deliberate attempt to avoid notice (*see id.* at 143; *Raiola v 1944 Holding*, 1 AD3d 296 [2003]). The record shows prima facie that defendant was the decedent's employer when she was injured, which, if proven, would limit plaintiff's recovery to workers' compensation. Concur—Tom, J.P., Saxe, Sweeny, Richter and Manzanet-Daniels, JJ. **[Prior Case History: 2010 NY Slip Op 30937(U).]**